No. —, original (October Term, 1938). EX PARTE HARMON METZ WALEY. October 9, 1939. 307 U. S. 614.

No. 76 (October Term, 1938). MAYTAG COMPANY *v.* HURLEY MACHINE CO. ET AL.;

No. 77 (October Term, 1938). SAME *v.* EASY WASHING MACHINE CORP.; and

No. 661 (October Term, 1938). GENERAL ELECTRIC SUPPLY CORP. *v.* MAYTAG COMPANY. October 9, 1939. 307 U. S. 243.

No. 590 (October Term, 1938). BETHLEHEM STEEL CO. *v.* ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO. October 9, 1939. 307 U. S. 265.

No. 650 (October Term, 1938). BALDWIN ET AL. *v.* SCOTT COUNTY MILLING CO. October 9, 1939. 307 U. S. 478.

No. 687 (October Term, 1938). UNITED STATES *v.* POWERS. October 9, 1939. 307 U. S. 214.

No. 771 (October Term, 1938). UNITED STATES *v.* ROCK ROYAL CO-OPERATIVE, INC., ET AL. October 9, 1939. 307 U. S. 533.

No. 827 (October Term, 1938). DAIRYMEN'S LEAGUE COOPERATIVE ASSN. *v.* ROCK ROYAL CO-OPERATIVE, INC., ET AL. October 9, 1939. 307 U. S. 533.

No. 828 (October Term 1938). METROPOLITAN CO-OPERATIVE MILK PRODUCERS BARGAINING AGENCY, INC. *v.*

632

ROCK ROYAL CO-OPERATIVE, INC., ET AL. October 9, 1939. 307 U. S. 533.

No. 834 (October Term 1938). SEIBERLING ET AL., EXECUTORS, *v.* UNITED STATES. October 9, 1939. 307 U. S. 634.

No. 835 (October Term 1938). LEHIGH VALLEY TRUST CO. ET AL. *v.* UNITED STATES. October 9, 1939. 307 U. S. 634.

No. 842 (October Term 1938). FEDERAL RESERVE BANK *v.* ALGAR ET AL. October 9, 1939. 307 U. S. 631.

No. 891 (October Term 1938). GRAHAM ET AL. *v.* UNITED STATES. October 9, 1939. 307 U. S. 643.

No. 899 (October Term 1938). BIG LAKE OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. 307 U. S. 638, 651.

No. 903 (October Term 1938). SHEPARD *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. 307 U. S. 639.

No. 904 (October Term 1938). RICE, TRUSTEE, *v.* SMITH ENGINEERING CO. October 9, 1939. 307 U. S. 637.

No. 905 (October Term 1938). RICE, TRUSTEE, *v.* SMITH ENGINEERING COMPANY ET AL. October 9, 1939. 307 U. S. 637.